CLEMENTE M. JIMÉNEZ, SBN 207136
816 H Street, Suite 108
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
MARCO ANTONIO JIMÉNEZ-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08-385 EJG |
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| vs. | |
| MARCO ANTONIO JIMÉNEZ-MENDOZA | DATE: SEPTEMBER 26, 2008 |
| | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Edward J. Garcia |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant MARCO ANTONIO JIMÉNEZ-MENDOZA, that the status conference scheduled for September 26, 2008, at 10:00 a.m., be vacated and the matter continued to this Court's criminal calendar on October 24, 2008, at 10:00 a.m. for further status conference.

    Defense counsel seeks additional time to prepare and confer with Mr. Jiménez-Mendoza.

    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(8)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and

allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:       September 25, 2008        /S/     Clemente M. Jiménez  
                                                      CLEMENTE M. JIMÉNEZ  
                                                      Attorney for Defendant  
                                                      Ramon Cazarez-Ramirez


                                                      /S/     Todd Leras  
                                                      TODD LERAS  
                                                      Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for September 26, 2008, at 10:00 a.m., be vacated and the matter continued to October 24, 2008, at 10:00 a.m. for further status conference.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant to a speedy trial.

This 25th day of September, 2008

                                                      /s/ Edward J. Garcia  
                                                      HON. EDWARD J. GARCIA  
                                                      United States District Judge