CLEMENTE M. JIMÉNEZ, SBN 207136
816 H Street, Suite 108
Sacramento, CA 95814
T: (916) 443-8055

Attorney for Defendant
MARCO ANTONIO JIMÉNEZ-MENDOZA

**FILED**

SEP 29 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCO ANTONIO JIMÉNEZ-MENDOZA,<br><br>Defendant. | Case No.: 08-385 EJG<br><br>~~PROPOSED~~ ORDER FOR SUBSTITUTION OF ATTORNEY |

MARCO ANTONIO JIMÉNEZ-MENDOZA, Defendant herein, substitutes CLEMENTE M. JIMÉNEZ, Attorney at Law, as his attorney of record in place of the present attorney of record, MARY M. FRENCH, Assistant Federal Defender. The new address of record is 816 H Street, Suite 108, Sacramento, CA, 95814. Telephone number: (916) 443-8055.

The undersigned consents to the above substitution.

DATED: September 25, 2008    /s/ Marco Antonio Jiménez-Mendoza
                              MARCO ANTONIO JIMÉNEZ-MENDOZA

DATED: September 25, 2008    /s/ Mary M. French
                              MARY M. FRENCH
                              Assistant Federal Defender

DATED: September 25, 2008    /s/ Clemente M. Jiménez
                              CLEMENTE M. JIMÉNEZ

SubCounsel092508.doc        - 1 -
09/25/08

## ORDER

IT IS SO ORDERED, that Clemente M. Jiménez, Attorney at Law, be designated attorney of record for Marco Antonio Jiménez-Mendoza.

This __25th__ day of September, 2008

_____
HON. EDWARD J. GARCIA
United States District Judge