CLEMENTE M. JIMÉNEZ, SBN 207136
816 H Street, Suite 108
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
MARCO ANTONIO JIMÉNEZ-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARCO ANTONIO JIMÉNEZ-MENDOZA<br>    Defendant. | Case No.: 08-385 EJG<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  January 21, 2009<br>TIME:   10:00 a.m.<br>JUDGE:  Hon. Edward J. Garcia |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant MARCO ANTONIO JIMÉNEZ-MENDOZA, that the status conference/change of plea, scheduled for January 21, 2009, at 10:00 a.m., be vacated and the matter continued to this Court's criminal calendar on February 25, 2009, at 10:00 a.m. for further status conference/change of plea.

    Defense counsel seeks additional time to prepare and confer with Mr. Jiménez-Mendoza.

    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(8)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and

allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:   January 19, 2009            /S/     Clemente M. Jiménez
                                     CLEMENTE M. JIMÉNEZ
                                     Attorney for Defendant
                                     Marco Antonio Jiménez-Mendoza


                                     /S/     Todd Leras
                                     TODD LERAS
                                     Attorney for Plaintiff

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for January 21, 2009, at 10:00 a.m., be vacated and the matter continued to February 25, 2009, at 10:00 a.m. for further status conference/change of plea.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant to a speedy trial.

This 20th day of January, 2009

                                     /s/ Edward J. Garcia
                                     HON. EDWARD J. GARCIA
                                     United States District Judge