1  CLEMENTE M. JIMÉNEZ, SBN 207136
2  816 H Street, Suite 108
   Sacramento, CA 95814
3  (916) 443-8055
4
5  Attorney for Defendant
   MARCO ANTONIO JIMÉNEZ-MENDOZA
6
7              IN THE UNITED STATES DISTRICT COURT
8              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | Case No.: 08-385 EJG |
| 11           Plaintiff, | STIPULATION AND ORDER |
| 12  vs. | VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| 13  | |
| 14  MARCO ANTONIO JIMÉNEZ-MENDOZA | DATE:  February 25, 2009 |
| 15           Defendant. | TIME:   10:00 a.m. |
|  | JUDGE: Hon. Edward J. Garcia |

16
17
18      IT IS HEREBY STIPULATED by and between Assistant United States Attorney
19  Todd Leras, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for
20  Defendant MARCO ANTONIO JIMÉNEZ-MENDOZA, that the status
21  conference/change of plea, scheduled for February 25, 2009, at 10:00 a.m., be vacated
22  and the matter continued to this Court's criminal calendar on March 11, 2009, at 10:00
23  a.m. for further status conference/change of plea.
24      Defense counsel seeks additional time to prepare and confer with Mr. Jiménez-
25  Mendoza.
26      IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18
27  U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(8)(A) and (B)(iv),
28  (Local code T-4), and that the ends of justice served in granting the continuance and

1 allowing the defendant further time to prepare outweigh the best interests of the public
2 and the defendant to a speedy trial.
3
4 DATED:    February 23, 2009              /S/     Clemente M. Jiménez
                                           CLEMENTE M. JIMÉNEZ
5                                          Attorney for Defendant
6                                          Marco Antonio Jiménez-Mendoza
7
8                                          /S/     Todd Leras
                                           TODD LERAS
9                                          Attorney for Plaintiff
10
11 **ORDER**
12
13 IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled
14 for February 25, 2009, at 10:00 a.m., be vacated and the matter continued to March 11,
15 2009, at 10:00 a.m. for further status conference/change of plea.  The Court finds that
16 time under the Speedy Trial Act shall be excluded through that date in order to afford
17 counsel reasonable time to prepare.  Based on the parties' representations, the Court finds
18 that the ends of justice served by granting a continuance outweigh the best interests of the
19 public and the defendant to a speedy trial.
20 This 23rd day of February, 2009
21
22                                           /s/ Edward J. Garcia
                                             HON. EDWARD J. GARCIA
23                                           United States District Judge
24
25
26
27
28